# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALBERT DELONTA SIPPLE,
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 00-60 (01) (JRT)

I hereby certify that on March 13, 2008, I caused the following document(s):

1. Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jeffrey Paulsen
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Albert Sipple

Dated: March 13, 2008

*s/ Katherine M. Menendez*

KATHERINE M. MENENDEZ
Attorney ID No.278014
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415