# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# RE-SENTENCING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Albert Delonta Sipple,
Defendant.

## COURT MINUTES - CRIMINAL

| | |
|---|---|
| Case No: | 00-60 JRT/FLN |
| Date: | 04/14/08 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 3:00 p.m. |
| Time Concluded: | 3:19 p.m. |
| Time in Court: | 19 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Jeff Paulsen
For Defendant: Katherine Menendez ☒ FPD ☐ CJA ☐ Retained ☐ Appointed

☒ **Defendant's Motion ro reduce sentence pursuant to 18 U.S.C. § 3582.** [Docket # 41]

IT IS ORDERED:

☒ Motion to reduce sentence- **GRANTED**
☒ Defendant is resentenced to time served (72 months imprisonment), to take effect within 2 days.
☒ All other provisions of the judgment dated November 9, 2001 shall remain in effect.

s/LPH
Calendar Clerk