✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

United States of America
v.

ALBERT DELONTA SIPPLE

Case No: 00-60 JRT/FLN

USM No: 09276-041

Date of Previous Judgment: November 9, 2001
(Use Date of Last Amended Judgment if Applicable)

Katherine Menendez
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of X the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❒ DENIED. X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 90 months months **is reduced to** Time Served (72 mos) .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❒ The reduced sentence is within the amended guideline range.

X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other (explain):

**III. ADDITIONAL COMMENTS**

**This order shall go into effect two (2) days from the date of issue.**
**Defendant's amended guideline range to be addressed in an additional memorandum and opinion

Except as provided above, all provisions of the judgment dated 11/09/2001 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: April 14, 2008

s/John R. Tunheim
Judge's signature

Effective Date: April 16, 2008
(if different from order date)

UNITED STATES DISTRICT JUDGE
Printed name and title