# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 00-060 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| ALBERT DELONTA SIPPLE, | |
| Defendant. | |

Jeffrey Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Katherine Menendez, Assistant Federal Defender**, OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the request made by the defendant for early termination of probation. On October 5, 2001, the defendant was sentenced to a 90 month term of imprisonment and 5 years of supervised release. On April 14, 2008, the Court reduced the term of imprisonment to 72 months, or time served, pursuant to the newly revised and retroactive crack cocaine sentence guidelines. The defendant requests that his term of supervised release be terminated because he believes that he has been successful complying with the terms of his supervision and the defendant is wanting to relocated out of state. U.S. Probation has indicated they are supportive of the request and in addition, the Government does not object to the request.

Based upon defendant's request, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the defendant's request for early release from supervision is **GRANTED**.

DATED: April 7, 2010
at Minneapolis, Minnesota  ____ s/ John R. Tunheim _____
                              JOHN R. TUNHEIM
                              United States District Judge